IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANFORD D. JONES, | 1:07-cv-01207 AWI WMW (PC) |
| Plaintiff, | ORDER DISREGARDING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FEES AS MOOT |
| vs. | |
| STEPHEN MAYBERG, et al., | (DOCUMENT #4, 5) |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On September 24, 2007, plaintiff filed requests to proceed without prepayment of fees. Due to the fact that the $350.00 filing fee was paid on September 4, 2007, IT IS HEREBY ORDERED THAT plaintiff's requests are DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   October 10, 2007              /s/  William M. Wunderlich
                                       UNITED STATES MAGISTRATE JUDGE