IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANFORD D. JONES,

        Plaintiff,                CV F 07 1207 AWI WMW   PC

  vs.                           ORDER FINDING COMPLAINT
                                STATES A COLORABLE CLAIM
                                AND DIRECTING PLAINTIFF
                                TO COMPLETE USM 285 FORMS

STEPHEN MAYBERG, et al.,

        Defendants.

      Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Mayberg and McClain for prosepctive injunctive relief regrding an authorized deprivation of property.

      Accordingly, it is HEREBY ORDERED that:

      1.     Service is appropriate for the following defendants:

            STEPHEN MAYBERG

            BEN McCLAIN

2. The Clerk of the Court shall send to plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed August 20, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Three copies of the endorsed complaint filed August 20, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   April 28, 2008**          /s/  William M. Wunderlich
                                      UNITED STATES MAGISTRATE JUDGE