IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANFORD JONES,

        Plaintiff,               1: 07 CV 1207 WMW PC

   vs.                          ORDER TO SHOW CAUSE

DEPT. OF CORRECTIONS, et al.,

        Defendants.

      Plaintiff is a civil detainee proceeding pro se and in forma pauperis pursuant to 42 U.S.C. § 1983. The parties have consented to proceed before the U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(c).

      Pending before the court is Defendants' motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). Defendants argue that this action should be dismissed for lack of subject matter jurisdiction and that Plaintiff fails to state facts sufficient to state a claim for relief under 42 U.S.C. § 1983. A review of the docket indicates that Plaintiff has failed to oppose the motion. Plaintiff has filed a motion titled as a motion to have his laptop computer returned.

      Plaintiff is advised that Local Rule 78-230(m) provides that failure to file opposition to the motion may be deemed a waiver of any opposition to the granting of the motion. Should Plaintiff desire to file opposition to the motion, he should clearly identify the pleading as an opposition to the motion to dismiss.

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff is directed to show cause, within
2 thirty days of the date of service of this order, why the motion to dismiss should not be granted
3 on the ground that Plaintiff failed to oppose the motion.
4 IT IS SO ORDERED.
5 **Dated:**   **March 30, 2009**            /s/ **William M. Wunderlich**
                                                      UNITED STATES MAGISTRATE JUDGE