IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANFORD D. JONES,

    Plaintiff,                      1: 07 CV 01207 YNP GSA (PC)

    vs.                               ORDER

STEPHEN MAYBERG, et al.,

    Defendants.

    Plaintiff has filed a motion requesting Defendants to re-serve him with the motion to dismiss. Plaintiff indicates that he has not received a copy of Defendants' motion. The Court will provide Plaintiff with a copy of the motion, and grant Plaintiff thirty days in which to file opposition to the motion.

    Accordingly, IT IS HEREBY ORDERED that the Clerk's Office is directed to send to Plaintiff a copy of the July 14, 2008, motion to dismiss. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file opposition to the motion.

    IT IS SO ORDERED.

    **Dated:**   **July 30, 2009**           **/s/ Gary S. Austin**
                                                       UNITED STATES MAGISTRATE JUDGE